UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| JACK BUTTURINI, et al., | ) |
| Plaintiffs, | ) |
| v. | ) No. 3:08-CV-128 |
| | ) (Phillips) |
| BRIAN BLAKNEY, et al., | ) |
| Defendants. | ) |

## ORDER

On December 22, 2009, the court granted the defendants' motion to stay on the grounds that defendant Brian Blakney, a service member of the United States Army, had been called to active duty for deployment to Iraq [Doc. 41]. On September 2, 2010, defendants filed a notice that defendant Blakney has now returned from Iraq, and defendants request a lift of the stay and to set the case for trial [Doc. 42]. For the good cause stated, the motion to lift the stay and reinstate the case on the court's docket is hereby **GRANTED**.

1. The trial of this case shall commence on **April 10, 2012.**

2. A final pretrial conference shall be held in this case on **April 1, 2012 at 1:00 p.m.**

3. The parties shall have until **October 7, 2010** to supplement their pending motions for summary judgment.

4. All deadlines contained in the scheduling order previously entered in this case shall be adjusted to correspond to the new trial date.

5. Defendant's motion for a status conference [Doc. 43] is **DENIED AS MOOT.**

**IT IS SO ORDERED**.

                        **ENTER:**

                        s/ Thomas W. Phillips
                        United States District Judge