# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## AT KNOXVILLE

| | | |
|---|---|---|
| **JACK BUTTURINI, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **No. 3:08-CV-128** |
| | ) | **(Phillips)** |
| **BRIAN BLAKNEY, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## JUDGMENT ON DECISION BY THE COURT

This case came before the court on the motion for summary judgment by defendants Brian Blakney, T.J. Scarbrough, Jimmy Davis, Jimmie Wiggins, Sheriff Tim Guider, and Loudon County, Tennessee. The Honorable Thomas W. Phillips, United States District Judge, having rendered a decision on the defendants' motion,

**IT IS ORDERED AND ADJUDGED** that the plaintiffs Jack and Katharine Butturini take nothing, that the action be **DISMISSED WITH PREJUDICE** on the merits, and that the defendants recover of the plaintiffs their costs of action.

The final pretrial conference scheduled for April 2, 2012 and the trial scheduled for April 10, 2012 are **CANCELLED.**

Dated at Knoxville, Tennessee, this _____ day of March, 2012.


_____ s/ Thomas W. Phillips _____
United States District Judge


ENTERED AS A JUDGMENT
 s/ *Debra C. Poplin*
CLERK OF COURT